**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

| | |
|---|---|
| In Re: | Chapter 7 BKY No**. 20-31117** |
| **COLETTE M. BREITER** | MOTION TO APPROVE<br>STIPULATION TO DISMISS CASE |
| Debtor(s) | |

---

TO:    The trustee, U.S. Trustee and all parties in interest:

1.    Colette M. Breiter ("Debtor") through her undersigned attorney moves the Court for the relief requested below and gives notice of a hearing.

2.    The Court will hold a hearing on this Motion on **JUNE 30, 2020** at **1:30 P.M.** in Courtroom 2-B, United States Courthouse, 316 North Roberts Street, St. Paul, Minnesota, or as soon thereafter as counsel can be heard before the **Hon. William J. Fisher** .

3.    Local Rule 9006-1(c) provides that responses to this Motion must be filed by delivery or by mail not later than five (5) days before the hearing date, or no later than **JUNE 25, 2020**. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005, and Local Rule 1070-1.  This is a core proceeding.  The petition commencing this Chapter 7 case was originally filed under Chapter 7 on April 17, 2020.  The case is now pending before this Court.

5.    The parties to the attached stipulation have agreed to dismiss this case as set forth therein, and request that the Court approve the stipulation and dismiss this case.  Required notice has been given to all parties in interest.

**WHEREFORE,** Debtor respectfully request that the Court issue an Order approving the attached stipulation and dismissing this case without further notice or hearing.

Dated: May 29, 2020 /e/ Mark C. Halverson

Mark C. Halverson (#124217)
Halverson Law Office
600 South Second Street, P.O. Box 3544
Mankato, MN 56002-3544
Telephone:  507-345-1535
Email:  lawfirm@halverson.com
ATTORNEY FOR DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:	Chapter 7 BKY No**. 20-31117**

**COLETTE M. BREITER**

**STIPULATION**

Debtor(s)

_____

1.	This chapter 7 bankruptcy was filed on April 20, 2020 and is pending in this court.

2.	The debtor had previously filed a chapter 7 bankruptcy on June 25, 2020.  She received a chapter 7 discharge on September 25, 2012 in the prior case.

3.	The present case was filed as a result of confusion regarding the date of the previous filing and a failure of debtor's counsel's firm to properly employ routine procedures that would have prevented an infirm filing, not by intent of the debtor to fraudulently obtain an untimely discharge.

4.	The United State Trustee has filed a motion to deny the discharge in the instant case, noting the previous discharge was granted within eight years of the current case.

5.	The parties agree that the debtor is not eligible for a discharge in this case and hereby stipulate thereto.

6.	The debtor's schedules show no property of value to the bankruptcy estate and thus no likelihood of a dividend to creditors.

7.	Given the above, there is no useful purpose evident in continuing to administer this bankruptcy case and the parties hereto request that the case be dismissed and closed forthwith without entry of a discharge.


Dated: May 14, 2020	/e/ Michael Dietz_____+
	Michael Dietz, Trustee
	30 3rd Street SE Suite 400
	Rochester, MN 55904
	Telephone: (507) 288-9111


Dated:  May 14, 2020	/e/ Mark Halverson_____
	Mark Halverson
	Attorney for Debtor
	Colette M. Breiter
	Halverson Law Office

                                              P.O. Box 3544  
                                              Mankato, MN 56002  
                                              507-345-1535  

Dated: May 14, 2020                          JAMES L. SNYDER  
                                              ACTING UNITED STATES  
                                              TRUSTEE REGION 12  

                              BY:      /e/ Sarah J. Wencil_____  
                                              Sarah J. Wencil Trial Attorney  
                                              1015 U.S. Courthouse  
                                              300 South Fourth St.  
                                              Minneapolis, MN  
                                              55415 (612) 334-1350  
                                              IA ATTY NO. 14014

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In Re:                                                                 Chapter 7 BKY No. **20-31117**

**COLETTE M. BREITER**
                                                                                    ORDER
                    Debtor(s)

---

This matter came before the Court upon a motion to approve a stipulation to dismiss the case entered into by the Trustee, United States Trustee and debtor's counsel.  Notice being proper and any objections being overruled,

The stipulation is approved and this bankruptcy case is hereby dismissed without prejudice.

Dated: _____                                    _____

                                                                            William J. Fisher
                                                                            United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

In Re:                                                             Chapter 7 BKY No**. 20-31117**
    **COLETTE M. BREITER**

                                 Debtor(s)

**UNSWORN DECLARATION**
**OF SERVICE**

      I, **Marian Determan**, an employee of the law firm Halverson Law Office, declare that on May 29, 2020, I delivered a copy of the attached **Motion to Approve Stipulation To Dismiss Case** in person and/or by facsimile and/or by first class mail, postage prepaid and/or electronically delivered by e-mail notification under CM/ECF on the date e-filed with the Court to each entity named below and/or on the following page at the address stated for each entity.

        Colette Breiter
        47557 120th St
        Blue Earth, MN  56013

Executed on May 29, 2020                         /e/ Marian Determan
                                                                         Marian Determan
                                                                         Halverson Law Office
                                                                         600 South 2nd Street
                                                                         PO Box 3544
                                                                         Mankato, MN 56002-3544
                                                                         507-345-1535

```
AEO/Synchrony Bank                      First Bank Card
PO Box 960013                           PO Box 2557
Orlando, FL  32896-0013                 Omaha, NE  68103-2557


Avant, LLC                              First Premier Bank
PO Box 1429                             PO Box 5529
Carol Stream, IL 60132-1429             Souix Falls, SD  57117-5529


Capitol One                             Home Depot Credit Services
PO Box 6492                             PO Box 78001
Carol Stream, IL  60197-6492            Phoenix,AZ  85062-8011


Capitol One                             Kohl's Payment Center
PO BOX 60599                            PO Box 2983
City of Industry, CA  91716-059         Milwaukee, WI  53201-2983


Capitol One                             Maurices Capitol One
PO Box 4069                             PO Box 4144
Carol Stream, IL  60197-4069            Carol Stream, IL  60197-4144


Comenity - Herbergers                   QCCard/Synchrony Bank
PO Box 659813                           PO Box 530905
San Antonio, TX  78265-9113             Atlanta, GA  30353-0905


Comenity - Sephora                      Synchrony Bank /  Amazon
PO Box 65980                            PO Box 960013
San Antonio, TX  78265-9113             Orlando, FL  32896-0013


Comenity - The Buckle                   Synchrony Bank / JCP
PO Box 659704                           PO Box 960090
San Antonio, TX  78265-9704             Orlando, FL  32896-0090


Credit One Bank                         Target Card Services
PO Box 60500                            PO Box 660170
City of Industry, Ca  91716-050         Dallas, TX  75266-0170


First Bank Blue Earth                   Wells Fargo
PO Box 40                               PO Box 77053
Blue Earth, MN  56013                   Minneapolis, MN  55480-7753
```